UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Wanda Clack, | |
| Plaintiff, | C/A No. 3:05-2582-GRA-JRM |
| v. | ORDER |
| Jo Anne B. Barnhart, Commissioner of Social Security, | (Written Opinion) |
| Defendant. | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Plaintiff's attorney seeks $3,573.74 in attorney's fees and $12.00 in costs. This attorney's fee is based upon 23 hours worked at a rate of $155.38 per hour. The government filed a response in support of the petition for attorney's fees.

After a review of the record, Plaintiff's attorney's petition, and the government's response thereto, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded three thousand, five hundred seventy-three dollars and seventy-four cents ($3,573.74) in attorney's fees and twelve dollars ($12.00) in costs pursuant to the Equal Access to Justice Act.

IT IS SO ORDERED.

March 6, 2007

Anderson, South Carolina

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE